UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

PATSY SHOUP,                                   Case No. 3:14-cv-248

     Plaintiff,

vs.

DEPARTMENT OF                                  District Judge Walter H. Rice
VETERANS AFFAIRS,                              Magistrate Judge Michael J. Newman

     Defendant.

---

**ORDER**

---

     The discovery phase of this case has ended.  No discovery motion or other matter referred to the undersigned Judicial Officer remains pending.  The case is presently set for further proceedings, including trial, before United States District Judge Walter H. Rice.  The Clerk of Courts is directed to note in the record that: (1) referral of this case to the undersigned Judicial Officer has expired; and (2) no motion or other matter in this case remains pending before the undersigned Judicial Officer.

     **IT IS SO ORDERED.**

Date:  November 2, 2015                    s/ *Michael J. Newman*
                                        Michael J. Newman
                                        United States Magistrate Judge