IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| PATSY SHOUP, | ) |
| | ) Civil Action No. 3:14-CV-248 |
| Plaintiff, | ) |
| | ) |
| v. | ) District Judge Walter H. Rice |
| | ) |
| DEPARTMENT OF VETERANS AFFAIRS, | ) |
| | ) |
| Defendant. | ) |

### ORDER GRANTING THE JOINT MOTION FOR STAY OF PROCEEDINGS

The Court, having considered the parties' Joint Motion for Stay of Proceedings, hereby **GRANTS** said Motion and **ORDERS** a stay of all proceedings until the pending Motion for Summary Judgment (Doc No. 15) has been decided.

DATED: February 8, 2016.

SO ORDERED

_____
**UNITED STATES DISTRICT JUDGE**